IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION TO RECONSIDER ORDER OF DETENTION** |
| vs. | ) ) | |
| Steven Clay Bruhn, | ) | Case No. 1:21-cr-178 |
| Defendant. | ) ) | |

On November 19, 2024, the court issued an order detaining Defendant with the understanding that it could revisit this issue on appropriate motion should Defendant should a placement at a sober living facility or treatment facility become available. (Doc. No. 424).

On November 22, 2024, Defendant filed a Motion to Reconsider Order of Detention. (Doc. No. 425). He advises that has been accepted into North Dakota Adult and Teen Challenge's ("Teen Challenge") facility in Mandan, North Dakota. He requests to be released on December 2, 2024, at 11:00 AM to a Teen Challenge representative for transport to Teen Challenge.

The court **GRANTS** Defendant's motion (Doc. No. 425). Defendant shall be released to Teen Challenge staff or other person(s) approved by the Pretrial Services Office at 11:00 AM on December 2, 2024, for transport to Teen Challenge. Defendant remains subject to all of the previously imposed conditions of his supervised release. Defendant is also subject to the following additional conditions:

(1) Defendant shall reside at Teen Challenge, fully participate in its treatment programming, and comply with all of its rules and regulations.

(2) Defendant must sign all release forms to allow the Probation to obtain information

1

from Teen Challenge OR to communicate with Teen Challenge staff about his progress in the treatment program.

Any passes allowed by Teen Challenge must be approved by the Probation Officer.

If for any reason Defendant is terminated from Teen Challenge, he must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to the anticipated completion of the treatment programming, Defendant must advise the Probation Officer of his anticipated completion date so the court may schedule a hearing to review his release status.

If Defendant cannot be transported to Teen Challenge as anticipated on December 2, 2024, he shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 25th day of November, 2024.

/s/ Clare R. Hochhlater
Clare R. Hochhalter, Magistrate Judge
United States District Court